```
1   JODI LINKER
    Federal Public Defender
2   Northern District of California
    JOYCE LEAVITT
3   Assistant Federal Public Defender
    13th Floor Federal Building - Suite 1350N
4   1301 Clay Street
    Oakland, CA 94612
5   Telephone:     (510) 637-3500
    Cellular telephone:  (415) 517-4879
6   Email:         Joyce_Leavitt@fd.org
7
8   Counsel for Defendant TUIPULOTU
```

FILED

Mar 19 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAIKANO TUIPULOTU,<br><br>Defendant. | Case No.: 4:24-mj-70198 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO APRIL 3, 2024** |

IT IS HEREBY STIPULATED, by and between the parties to this action that the status hearing for defendant Naikano Tuipulotu scheduled for March 20, 2024, before the duty magistrate judge, be continued to Wednesday, April 3, 2024, at 10:30 a.m. before the duty magistrate for status or arraignment on information. The reason for the continuance is as follows: Defense counsel has received a second set of discovery on March 18, 2024, from the government which includes surveillance videos cell phone tower information and needs time to review the discovery and determine what investigation may be needed. In addition, counsel needs time to discuss the discovery

with her client. The continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until April 3, 2024, should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel because the ends of justice served by the granting of the continuance outweigh the best interests of the public and defendant in a speedy and public trial for the reasons described above.

The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated:   March 19, 2024

JODI LINKER
Federal Public Defender
Northern District of California

_____/S/_____
JOYCE LEAVITT
Assistant Federal Public Defender

Dated:   March 19, 2024

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

_____/S/_____
JONAH ROSS
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>NAIKANO TUIPULOTU,<br><br>        Defendant. | Case No.: 4:24–mj-70198 MAG<br><br>**ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO APRIL 3, 2024** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for defendant Naikano Tuipulotu, currently scheduled for March 20, 2024, at 10:30 a.m., is continued to April 3, 2024, at 10:30 a.m., before the duty magistrate for status.

IT IS FURTHER ORDERED that the time until April 3, 2024, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The Court further finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

Dated: March 19, 2024



_____
HON. DONNA M. RYU
Chief United States Magistrate Judge

ORDER RE: STATUS TO 4/03/23
*TUIPULOTU*, 4:24-mj-70198 MAG

1